```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06866
    JOHN ROMAN ORONA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-8861

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/16/2007 and was confirmed 07/19/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   10.00%.

      The case was converted to chapter 7 after confirmation 10/29/2007.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 GRP LOAN CORP          CURRENT MORTG          .00             .00            .00
 GRP LOAN CORP          MORTGAGE ARRE     24433.95             .00            .00
 RIVERBEND LOFTS CONDO AS SECURED          3512.22             .00         133.32
 LUDLOW ACCEPT          SECURED VEHIC          .00             .00            .00
 LUDLOW ACCEPT          UNSECURED         NOT FILED            .00            .00
 GE MONEY BANK          UNSECURED          6846.31             .00            .00
 AMERICAN EXPRESS BANK  UNSECURED         27121.70             .00            .00
 ECAST SETTLEMENT CORP  UNSECURED         10416.87             .00            .00
 CAPITAL ONE            UNSECURED         32434.83             .00            .00
 B-REAL LLC             UNSECURED         16448.63             .00            .00
 CHASE                  UNSECURED         14930.91             .00            .00
 RESURGENT CAPITAL SERVIC UNSECURED       21709.97             .00            .00
 RESURGENT CAPITAL SERVIC UNSECURED       17554.47             .00            .00
 COMMONWEALTH EDISON    UNSECURED           548.63             .00            .00
 DELL FINANCIAL SERVICES UNSECURED         5649.85             .00            .00
 DISCOVER FINANCIAL SERVI UNSECURED       12600.38             .00            .00
 GEMB ABT TV            UNSECURED         NOT FILED            .00            .00
 SPRINT PCS             UNSECURED         NOT FILED            .00            .00
 LASALLE BANK           UNSECURED         NOT FILED            .00            .00
 ECAST SETTLEMENT CORP  UNSECURED         16429.58             .00            .00
 PEOPLES GAS LIGHT & COKE UNSECURED        1410.54             .00            .00
 RBSNB                  UNSECURED          3439.44             .00            .00
 RNC                    UNSECURED         NOT FILED            .00            .00
 AFNI/VERIZON WIRELESS  UNSECURED          2718.66             .00            .00
 VW CREDIT              UNSECURED         22593.16             .00            .00
 WELLS FARGO FINANCIAL  UNSECURED         NOT FILED            .00            .00
 OPTION ONE MORTGAGE    NOTICE ONLY       NOT FILED            .00            .00
 DELL FINANCIAL SERVICES SECURED            200.00             .00          40.00
 GRP FINANCIAL          NOTICE ONLY       NOT FILED            .00            .00
 JEFFERSON CAPITAL SYSTEM FILED LATE       1295.00             .00            .00
 ILLINOIS DEPT OF REV   UNSECURED          2156.12             .00            .00
 ILLINOIS DEPT OF REV   PRIORITY          11600.89             .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06866 JOHN ROMAN ORONA
```

```
RICHARD E SEXNER         DEBTOR ATTY        383.00                      219.30
TOM VAUGHN               TRUSTEE                                         27.38
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         420.00

PRIORITY                                                    .00
SECURED                                                  173.32
UNSECURED                                                   .00
ADMINISTRATIVE                                           219.30
TRUSTEE COMPENSATION                                      27.38
DEBTOR REFUND                                               .00
                              ---------------    ---------------
TOTALS                          420.00                   420.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 01/23/08              _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE